# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA - INDIANAPOLIS DIVISION

| | |
|---|---|
| DK DISTRIBUTORS, LLC d/b/a PAYGO DISTRIBUTORS, LLC, | ) ) Civil Case No. 1:23-cv-00221-JRS-MKK |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SOUTHERN HEALTHCARE SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER DISMISSING AMENDED COMPLAINT

**IT IS HEREBY ORDERED** that upon notice by the Plaintiff, DK Distributors, LLC d/b/a PayGo Distributors, LLC, the Amended Complaint in this action is voluntarily dismissed, and accordingly, this action is hereby dismissed without prejudice in its entirety. The clerk is directed to close this action.

Date: 2/24/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.